**WO**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Antonio Castillo, Jr., | No. CV-24-01400-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. | |
| Ryan F Thornell, et al., | |
| Defendants. | |

This matter was referred to Magistrate Judge John Z. Boyle. (Doc. 3). On April 29, 2026, the Magistrate Judge filed a Report and Recommendation ("R&R") with this Court. (Doc. 41). The Magistrate Judge recommends that this Court dismiss Defendant Cory Smith pursuant to Fed. R. Civ. P. 4 (m) and dismiss this action without prejudice pursuant to Fed. R. Civ. P. 41 (b). (Id.) To date, no objections have been filed.

### STANDARD OF REVIEW

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1)(C); see Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991). Parties have fourteen days from the service of a copy of the Magistrate's recommendation within which to file specific written objections to the Court. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6, 72. Failure to object to a Magistrate Judge's recommendation relieves the Court of conducting *de novo* review of the Magistrate Judge's factual findings and waives all objections to those findings on appeal. See Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998). A failure to object to a

Magistrate Judge's conclusion "is a factor to be weighed in considering the propriety of finding waiver of an issue on appeal." Id.

**DISCUSSION**[1]

Having reviewed the R&R of the Magistrate Judge, and no Objections having been made by any party thereto, the Court hereby incorporates and adopts the R&R. Moreover, Plaintiff has failed to serve Defendant Smith in this action and has failed to show cause why his claims against Defendant Smith should not be dismissed for failure to serve. (Doc. 41).

**CONCLUSION**

Accordingly,

**IT IS ORDERED adopting** the Report and Recommendation of the Magistrate Judge. (Doc. 41).

**IT IS FURTHER ORDERED dismissing** Defendant Cory Smith **without prejudice**. (Doc. 16).

**IT IS FURTHER ORDERED dismissing** Plaintiff's Amended Complaint **without prejudice.** (Doc. 16).

**IT IS FURTHER ORDERED directing** the Clerk of Court to terminate this action.

Dated this 22nd day of May, 2026.

_____
Stephen M. McNamee
Senior United States District Judge

---

[1] The factual and procedural history of this case is set forth in the Magistrate Judge's Report and Recommendation (Doc. 41).

- 2 -